UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                      :

UNITED STATES OF AMERICA,                  :

        -v-                             :          20-CR-697 (PAE)

REGINALD LATIMORE,                    :          <u>SCHEDULING ORDER</u>

                Defendants.             :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    The Court schedules a telephonic conference in this case for **January 27, 2021** at **9:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

                                                                        *Paul A. Engelmayer*

Dated: January 20, 2021                                PAUL A. ENGELMAYER
       New York, New York                        United States District Judge