

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 22, 2021

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

>   Re:   United States v. Reginald Latimore, 20 Cr. 697 (PAE)

Dear Judge Engelmayer:

  A sentencing conference in the above-captioned case is scheduled for July 27, 2021. The Government submits this letter on behalf of the parties jointly to respectfully request an adjournment of the sentencing conference. After conferring with the Court's chambers, the parties respectfully request that the Court reschedule the conference for August 30, 2021 at 10:30 a.m.

  The adjournment is requested to accommodate a scheduling conflict for defense counsel, as well as to permit defense counsel sufficient time to meet with the defendant, who is detained, to review the Presentence Investigation Report ("PSR") and forthcoming defense sentencing submissions. The Government understands that the defendant's receipt of the draft and final PSR was significantly delayed, and defense counsel's ability to meet with the defendant with regard to sentencing was significantly impeded, as a result of restrictions imposed in response to the COVID-19 pandemic.

  The defendant is currently detained at the Brooklyn MDC, and his United States Marshal number is 87847-054.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

**GRANTED.** Sentencing is adjourned to August 30, 2021 at 10:30 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 40.

7/22/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge